# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

300

**CAF 14-00449**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF SHAMECKIA L. BLUE,
PETITIONER-RESPONDENT,

V                                                          ORDER

DARRYL F. CALDWELL, RESPONDENT-APPELLANT,
AND LOVANA E. BYRD-MCGUIRE, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-APPELLANT.

KELLY M. CORBETT, FAYETTEVILLE, FOR RESPONDENT-RESPONDENT.

LAURA ESTELA CARDONA, ATTORNEY FOR THE CHILDREN, SYRACUSE.

-------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered February 27, 2014 in a proceeding pursuant to Family Court Act article 6. The order settled the record on appeal.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 20, 2015                          Frances E. Cafarell
                                                  Clerk of the Court